IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CRAIG NESTEBY,<br><br>　　　　Defendant. | No. CR09-1001<br><br>**ORDER DENYING MOTION FOR EXTENSION OF DEADLINES AND RESCHEDULING OF TRIAL DATE** |

_____

This matter comes before the Court on the Motion for Extension of Deadlines and Request for Rescheduling of Trial Date (Unresisted) (docket number 12) filed by the Defendant on February 9, 2009. The motion fails to state good cause for a continuance. Accordingly, the Court finds that the motion should be denied.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Extension of Deadlines and Request for Rescheduling of Trial Date (Unresisted) (docket number 12) filed by the Defendant is hereby **DENIED**.

DATED this 10th day of February, 2009.

_____
JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA