IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG NESTEBY,<br><br>Defendant. | No. CR09-1001<br><br>CONSENT TO PREPARATION AND INSPECTION OF PRESENTENCE REPORT |

I have been informed by my attorney, Alfred E. Willett, that the court will require a presentence report under FED. R. CRIM. P. 32 before imposing sentence and that I have a right not to have this report shown to the court or the United States Attorney prior to acceptance of my guilty plea. However, to expedite this matter, I waive my rights under this rule and consent to a presentence investigation and report by the probation officers of the United States District Court. This investigation is for the purpose of obtaining information useful to the court for sentencing consideration upon the entry by me of a plea of guilty or a finding of guilt by a court or jury and may be examined by the court and United States Attorney prior to the time I may plead guilty or may be found guilty.

I have been advised of my right to a speedy trial and hereby waive this right and consent to a delay in the ultimate disposition of this case to allow preparation of the presentence report referred to above.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what the final disposition of my case will be.

Date: 2/23/09

_____
Defendant

_____
Defendant's Attorney