# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| UNITED STATES OF AMERICA | HEARING MINUTES | |
|---|---|---|
| Plaintiff(s) | Case No.: | 2:09 CR 1001 |
| vs. | Presiding Judge: | JON STUART SCOLES |
| CRAIG NESTEBY | Deputy Clerk: | Lindsey Brumback |
| Defendant(s) | Court Reporter: Kay Carr | Contract? Yes |
| | | (If yes, send copy to financial) |

| Date: | 02/23/09 | Start: | 2:07 pm | Adjourn: | 2:39 pm | Time in Chambers: | |
|---|---|---|---|---|---|---|---|
| Recesses: | | | | | | Telephonic? | |

| Appearances: | Plaintiff(s): | AUSA Dan Tvedt | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | appears personally with Al Willett | | | | |
| | U.S. Probation: | N/A | | | | |
| | Interpreter: | -- | Language: - | Certified: - | Phone | - |
| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? No | Continued from a previous date? | No | | |
| **PLEA:** | Defendant pleaded GUILTY to count(s): | 1 of the indictment filed 01/07/09 | | | | |
| | Defendant is | detained | pending sentencing. | | | |
| | **Witness/Exhibit List is** | N/A | | | | |
| | **Miscellaneous:** | Defendant competent, understands charges, there is a factual basis found, knows maximum punishment and jury rights. Plea is voluntary. Court finds defendant should be adjudged guilty based on his plea of guilty. USP to prepare PSIR. Defendant now detained. | | | | |