# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

**HEARING MINUTES**

United States of America, Plaintiff(s)
vs.
Craig Nesteby, Defendant(s)

Case No.: 09-CR-1001-LRR
Presiding Judge: Chief Judge Linda R. Reade
Deputy Clerk: [signature]
Court Reporter: Patrice Murray  FTR Gold
Contract? No

| | |
|---|---|
| Date: | 7/30/09 |
| Start: | 3:27 |
| Adjourn: | 3:50 |
| Courtroom: | Courtroom 1 |
| Recesses: | |
| Time in Chambers: | |
| Telephonic? | |

**Appearances:**
- Plaintiff(s): AUSA Stephanie Rose
- Defendant(s): Alfred E. Willett
- U.S. Probation: Amy Moser
- Interpreter: None. Language: Certified: Phone:

**TYPE OF PROCEEDING:** IS THE HEARING  Contested? No  Continued from a previous date? No

**SENTENCING:**

| | |
|---|---|
| Objections to PSIR: | None |
| Ruling: | |
| Motions to vary/depart: | None |
| Ruling: | |
| Count(s) dismissed: | None |
| Sentence (See J & C): | See J & C. |
| Fine: | |
| Special assessment: | |
| Supervised Release: | |
| Court's recommendations (if any): | |
| Defendant is | detained. and shall report |

**Witness/Exhibit List is** attached.

**Miscellaneous:** Hearing concluded. Defendant in custody of U.S. Marshals.

Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

Exhibit and Witness List

UNITED STATES OF AMERICA

vs.

Craig Nesteby

Case No. 09-CR-1001-LRR

| Presiding Judge: Chief Judge Linda R. Reade | Plaintiff's Attorney: AUSA Stephanie Rose | Defendant's Attorney: Alfred Willett |
|---|---|---|
| Hearing Date 7/30/09 | Court Reporter: Patrice Murray | Courtroom Deputy: |

| Pl # | Def # | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|---|
|  | A | 7/30/09 | A | X | Support Letters (Docket no. 27-2) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |