IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN-DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO: CR 09-1001-LRR |
| vs. | ) DEFENDANT'S EXHIBIT LIST |
| CRAIG NESTEBY, | ) |
| Defendant. | ) |

| Exhibit No. | Defendant's Exhibits | Objections [Cite Fed.R.Evid.] | Offered | (A)-(NA) |
|---|---|---|---|---|
| A | Letter from Julie Turner, extended family of Craig Nesteby and friends of Craig Nesteby | | | |

/s/ Alfred E. Willett
ALFRED E. WILLETT LI0008215

ATTORNEY AT LAW
P.O. Box 1567
Cedar Rapids IA 52406-1567
Telephone: (319) 364-2467
Facsimile: (319) 364-2460
E-mail: aewillett@aewlaw.com
Direct Contact E-Mail address:
kjensen@aewlaw.com

ATTORNEY FOR DEFENDANT,
CRAIG NESTEBY

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Assistant U.S. Attorney Stephanie Rose

Copies to: Craig Nesteby

**Trial Documents**
2:09-cr-01001-LRR USA v. Nesteby

### U.S. District Court

### Northern District of Iowa

**Notice of Electronic Filing**

The following transaction was entered by Willett, Alfred on 7/16/2009 at 11:47 AM CDT and filed on 7/16/2009
**Case Name:** USA v. Nesteby
**Case Number:** 2:09-cr-1001
**Filer:** Dft No. 1 - Craig Nesteby
**Document Number:** 27

**Docket Text:**
**EXHIBIT LIST by Defendant Craig Nesteby (Attachments: # (1) Exhibit A) (Willett, Alfred)**


**2:09-cr-1001-1 Notice has been electronically mailed to:**

US Probation    pocrecm@ianp.uscourts.gov, poscecm@ianp.uscourts.gov

Alfred E Willett    aewillett@aewlaw.com, kjensen@aewlaw.com

Stephanie Marie Rose    stephanie.rose@usdoj.gov, usaian.ecfcrimcr@usdoj.gov

**2:09-cr-1001-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=7/16/2009] [FileNumber=749390-0]
[3928f6e4741503c40634dc72f7be366fb7b00e14cd2956eac85471fa58797404ca09
798db3355d5847c3b14ae12d9367dd632a18b8cd647c240a41c98949090f]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=7/16/2009] [FileNumber=749390-1]
[980810dda1ccd13762da336ee879d6f82d889cff62b9441fe9e7fd832667fdd12f96
e0d4b06b63b0dbd4d71b715c10db47dd12dd341f6757154fd2de0b3370ca]]

Your Honor,

We are writing on behalf of our nephew and friend, Craig Nesteby. He was arrested for growing a lot of marijuana "within 1000 feet of a playground". He lives on Hill Street in Dubuque and the playgrounds are located on Wilson Street and on University Avenue. We were told that he could be serving a minimum of five to a maximum of 80 years in a federal minimum-security prison. We believe the Mandatory Minimum Safety Valve crime bill signed into law by President Clinton in 1994 could apply here.

Since this incident happened in June of 2008, he has awakened to the reality of his mistakes. He no longer uses marijuana and never plans to again. He fully appreciates the seriousness of his actions and knows he must take responsibility for them. He is now a single parent to his 4-year-old son, whom he loves very much. Craig has been held in county jails since February 2009 and it has been hard on Creighton, Craig's son. We feel further incarceration would not benefit his son's life in any way.

Craig is a good young man who has never done anything violent in his life. We realize his mistake is a serious one, but we also feel that five years in prison is not what best serves society. With the current economic hardships, wouldn't it be wiser to use Craig's talents to allow him years of probation with a significant amount of community service? Craig is a very good construction contractor and would be very useful in building or remodeling houses for the government. He can be routinely tested for drug use and more importantly, the government would save, at least, $50,000 per year housing and feeding him. It would make good financial sense and show some compassion to a non-violent offender and a good person who fully understands the error of his ways and is willing to give back to his community.

Thank you for your time and consideration.

Julie Turner and Craig's extended family and friends

*Julie Turner*
*Janice Nesteby*
*Sten R Wagner*
*Tom Osterhoff*
*Katie Dayton*
*Lu Keethy*
*Ronald Jones*

**DEFENDANT'S EXHIBIT A**

Additional signatures on Craig's behalf:

[illegible]

[illegible]

Rod Clemen

[illegible]

Jack Baxter

Colleen Boyle

Lee Rupp

Ron Ludovissy

[illegible]

[illegible]

Spike Brown

[illegible]

[illegible]

[illegible]

Tim Woltz

[illegible]

Steve Schnee

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Lynne Allison

Mike Allison

Shauna Nestleby

[illegible]

[illegible]

Additional signatures on Craig's behalf:

[Signatures — illegible handwritten names]

Additional signatures on Craig's behalf:

[Signatures — illegible handwriting]

Additional signatures on Craig's behalf:

Marcia LuGrain

Teresa Kerrig

Austen Snyder

[signature]

Diane Kammerude

Dinora Fechit

[signature]

Steve Ede

Kris Bl[unclear]

Tim Miller

Joseph Johnson

Robert Specht

[signature]

[signature]

[signature]

Scott Loeffelholz

Deb Pottebaum

Marwin Schultz

Joan Lu Grain

Mark P[unclear]

DEB Boyer

[signature] Meyers

Darcy Kulisch

Jennifer L. Smitt

[signature] Ginter

Phil Ginter

Jim Wagner