DEFENDANT: **CRAIG NESTEBY**
CASE NUMBER: **CR 09-1001-1-LRR**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **60 months on Count 1 of the Indictment.**

■ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program.**
**That the defendant be designated to a Bureau of Prisons facility as close to the defendant's family as possible, commensurate with the defendant's security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _November 3, 2009_ to _FPC Duluth_

at _MN_, with a certified copy of this judgment.

_____D. Wernick_____
~~UNITED STATES MARSHAL~~

Subject was picked up at _MCC CHICAGO, IL_
_____, and on _11-2-09_
delivered to _FCI OXFORD, WI_
for further removal/the designated institution.
_____
Lieutenant, USP THA BUS

By _FCC THA B.O.P. Bus_
DEPUTY UNITED STATES MARSHAL